Michael A. Taibi, Esq. SBN.160041
TAIBI AND ASSOCIATES, APC
750 B Street, Suite 2510
San Diego, CA 92101
Telephone: (619) 354-1798
Facsimile: (619) 784-3168:   email: taibiandassociates@gmail.com

Attorney for Plaintiff ANTHONY NAVARRO

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NAVARRO,<br><br>                    Plaintiff,<br><br>vs.<br><br>THE TYRONE TIMES, INC. dba THE FIELD IRISH PUB, et al.<br><br>                    Defendants. | Case No. 3:18-cv-01966-CAB-KSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(1) (A) (I).** |

PLEASE TAKE NOTICE that:

Plaintiff, ANTHONY NAVARRO, through his attorney, Michael A. Taibi, Esq., hereby dismisses with prejudice, the entire complaint against all defendants.

The dismissal is made pursuant to F.R. Civ. P. 41(1)(A)(i)

Dated: January 2, 2019         /s/ Michael a. Taibi, Esq.
                               MICHAEL A. TAIBI, ESQ
                               Attorney for Plaintiff
                               ANTHONY NAVARRO

1

## CERTIFICATE OF SERVICE

I, Michael A. Taibi, Esq., Certify and declare as follows:

I am over the age of 18-years and not a party to this action;

My business address is 750 "B" Street, Suite 2510, San Diego, California 92101, which is located in the city, county, and state where the mailing described below took place;

I do hereby certify that the foregoing was served electronically via the Court's electronic filing system this 2nd day of January 2019, to all parties of record.

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROEDURE 41(A)(i).

I SWEAR AND DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE United States of America and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of January 2019, at San Diego, California.

/s/Michael A. Taibi, Esq.
Michael W. Taibi, Esq.
Attorney for the Plaintiff,
ANTHONY NAVARRO